**Order entered April 21, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00185-CV

### IN THE INTEREST OF D.M., A MINOR CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-03631**

### ORDER
Before Chief Justice Burns, Justice Molberg, and Justice Goldstein

On the Court's own motion, we **VACATE** our opinion and judgment of May 21, 2021 and **REINSTATE** the appeal. We **GRANT** the motion for extension of time to file notice of appeal and deem the notice of appeal filed March 25, 2021 timely for jurisdictional purposes. We **ORDER** court reporter Yolanda Atkins, the reporter who stenographically recorded the proceedings, to file the reporter's record within thirty days of the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order to LaToya Young, as Official Court Reporter for the 255th Judicial District Court; Ms. Atkins; and, the parties.

/s/ KEN MOLBERG
JUSTICE